USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/26/15

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOAN TANGREDI,

                Plaintiff,

      -against-

CAROLYN W. COLVIN, Commissioner of
Social Security,

                Defendant.

11 Civ. 5836 (AT)(RLE)

**ORDER ADOPTING**
**REPORT AND**
**RECOMMENDATION**

ANALISA TORRES, District Judge:

      On December 1, 2014, Plaintiff's counsel petitioned the Court for attorney's fees for the successful appeal of the denial of Plaintiff's past-due Social Security disability benefits. Defendant did not oppose the request.

      After careful consideration, the Honorable Ronald L. Ellis issued a Report and Recommendation ("R&R"), proposing that the fee application in the amount of $15,000 be granted. Despite notification of the right to object to the R&R, no objections were filed, and the time to do so has passed. *See* Fed. R. Civ. P. 72(b)(2). When no objection is made, the Court reviews the R&R for clear error. *Santiago v. Colvin*, 12 Civ. 7052, 2014 WL 1092967, at *1 (S.D.N.Y. Mar. 17, 2014). The Court finds no clear error. Accordingly, the Court ADOPTS Judge Ellis's R&R in its entirety.

      The Clerk of Court is directed to (1) terminate the motion at ECF No. 14, and (2) close the case.

      SO ORDERED.

Dated: May 26, 2015
       New York, New York

                                      ANALISA TORRES
                                   United States District Judge